United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Turf Ranch LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    4 7 - 4 1 4 1 9 3 7

4. **Debtor's address**

   **Principal place of business**

   1414 East F Street A-102
   Number    Street

   Oakdale, California 95361
   City    State    ZIP Code

   Stanislaus County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

| | | |
|---|---|---|
| Debtor | Turf Ranch LLC | Case number (if known)_____ |
| | Name | |

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   1  1  1  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **Turf Ranch LLC**  Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.  Debtor  See Exhibit 1  Relationship _____
            District _____  When _____
                                                                  MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known  _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street
    _____

    _____  _____  _____
    City                               State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

| **Statistical and administrative information** |

| Debtor | Turf Ranch LLC | Case number (if known) |
|---|---|---|
| | Name | |

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49  
    ☐ 50-99  
    ☐ 100-199  
    ☐ 200-999  
    ☐ 1,000-5,000  
    ☐ 5,001-10,000  
    ☐ 10,001-25,000  
    ☐ 25,001-50,000  
    ☐ 50,001-100,000  
    ☐ More than 100,000  

15. **Estimated assets**

    ☐ $0-$50,000  
    ☐ $50,001-$100,000  
    ☐ $100,001-$500,000  
    ☐ $500,001-$1 million  
    ☐ $1,000,001-$10 million  
    ☒ $10,000,001-$50 million  
    ☐ $50,000,001-$100 million  
    ☐ $100,000,001-$500 million  
    ☐ $500,000,001-$1 billion  
    ☐ $1,000,000,001-$10 billion  
    ☐ $10,000,000,001-$50 billion  
    ☐ More than $50 billion  

16. **Estimated liabilities**

    ☐ $0-$50,000  
    ☐ $50,001-$100,000  
    ☐ $100,001-$500,000  
    ☐ $500,001-$1 million  
    ☐ $1,000,001-$10 million  
    ☐ $10,000,001-$50 million  
    ☐ $50,000,001-$100 million  
    ☒ $100,000,001-$500 million  
    ☐ $500,000,001-$1 billion  
    ☐ $1,000,000,001-$10 billion  
    ☐ $10,000,000,001-$50 billion  
    ☐ More than $50 billion  

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 02/19/2024  
    MM / DD / YYYY

    ✘ /s/ Kirk Hoiberg                         Kirk Hoiberg  
    Signature of authorized representative of debtor    Printed name

    Title Principal

| Debtor | Turf Ranch LLC | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ /s/ Jane Kim  
Signature of attorney for debtor

Date 02/19/2024  
MM / DD / YYYY

Jane Kim  
Printed name

Keller Benvenutti Kim LLP  
Firm name

425 Market Street 26th Floor  
Number    Street

San Francisco                    CA           94105  
City                             State        ZIP Code

415-364-6793                     jkim@kbkllp.com  
Contact phone                    Email address

298192                           CA  
Bar number                       State